(87 South. 408)

## Ex parte SANSOM.

## SANSOM v. COVINGTON COUNTY BANK.
## (4 Div. 895.)

(Supreme Court of Alabama. Nov. 25, 1920.)

Certiorari ⊗⇒15—Finding of fact by Court of Appeals not reviewable.

A ruling involving a finding of fact will not be reviewed by certiorari to the Court of Appeals.

Certiorari to Court of Appeals.

Action in detinue by Jesse Sansom against C. N. Speigner for certain personal property, in which a claim thereto was interposed by the Covington National Bank. Verdict for claimant, and plaintiff appealed to the Court of Appeals, which affirmed the judgment (87 South. 406[1], and the plaintiff petitions for certiorari. Writ denied.

E. O. Baldwin, of Andalusia, for appellant.
W. W. Sanders, of Elba, for appellee.

PER CURIAM. The decision of the Court of Appeals which petitioner seeks to bring into review, i. e., the ruling on the inquiry as to the value of the hogs, involved a finding of fact, and therefore will not be reviewed. This court, without committing itself to the third of the propositions of law on which the Court of Appeals has justified the ruling of the trial court on this point, holds that no error has been made to appear.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and BROWN, JJ., concur.